UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-03777-AOR

UNITED STATES OF AMERICA

vs.

KELLEY EVERETT,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    No

                            Respectfully submitted,
                            JUAN ANTONIO GONZALEZ
                            UNITED STATES ATTORNEY

BY: _____
        Abbie D. Waxman
        Assistant United States Attorney
        Florida Bar No.: 109315
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9240
        Email: Abbie.Waxman@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 22-mj-03777-AOR |
| KELLEY EVERETT | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jordan Petitta
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __10/19/2022__

_____
*Judge's signature*

City and state: __Miami, Florida__      Honorable Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Jordan Petitta, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. I have been an FBI Special Agent since February 2022 and have been assigned to the Miami Division since June 2022. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. Prior to my employment as a Special Agent with the FBI, I worked as a Special Agent with Homeland Security Investigations from January 2019 to May 2020 where I investigated transnational criminal organizations. In addition, I worked as a contracted Intelligence Specialist for the Department of Defense from May 2020 to February 2022 where I investigated national security matters.

2. The facts contained in this Affidavit are based on my personal knowledge and information provided to me by other law enforcement officers and Agents. This Affidavit is being submitted for the limited purpose of establishing probable cause for the proposed complaint charging KELLEY EVERETT ("EVERETT") with bank robbery, in violation of Title 18, United States Code, Section 2113(a). I have not included every fact known to law enforcement regarding this matter. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against EVERETT for the above-described criminal violation.

3. I respectfully submit there is probable cause to believe that on October 18, 2022, EVERETT did knowingly take, by intimidation, from the persons and presence of employees of T.D. Bank, located at 1500 N.E. Miami Gardens Drive, Miami, Florida 33179, currency belonging

to, and in the care, custody, control, management, and possession of T.D. Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC").

## PROBABLE CAUSE

4. On October 18, 2022, at approximately 3:01 p.m., a black male, later identified as EVERETT, entered the T.D. Bank, located at 1500 N.E. Miami Gardens Drive Miami, Florida. T.D. Bank is insured by the FDIC.

5. EVERETT entered the T.D. bank wearing blue ripped jeans, a light-colored long sleeve shirt, a blue medical face mask, and a black t-shirt on top of his head. He was also holding a brown cardboard box. Video surveillance inside the bank showed EVERETT standing next to a customer being serviced by the victim bank teller (the "Victim"). Moments later, EVERETT interrupted the interaction by approaching the Victim and passing her a note. The note stated, "Pay me 20,000 NOW Hurry I got a bomb." EVERETT also gave the Victim the box he was holding to put the money inside. Upon reviewing the demand note, the Victim, in fear for her safety and the safety of others, complied and handed over approximately $807 in United States currency, which included bait bills[1], a tracking device, and mutilated money[2] in the box provided by EVERETT. EVERETT took the money and exited the bank on foot.

6. A few minutes later, Miami-Dade law enforcement notified the Broward Sheriff's Office ("BSO") that a robbery had occurred, and that the money taken during the robbery was heading northbound on I-95 into Broward County. BSO then utilized the 3SI Security Systems

---

[1] A bait bill is a bill that the bank specifically uses to track the bill at a later time (by serial number) in case of a robbery.
[2] The stack of money provided by the Victim to EVERETT contained U.S. currency surrounding the tracking device as well as ripped up dollar bills within the stack to conceal it.

tracker, which is a program that allowed BSO to live track the tracking device that was placed in the stack of money that was given to EVERETT.

7. BSO tracked the money northbound on I-95 into Broward County, Florida. The device continued to track north on I-95 and then west on 595, exiting the highway at University Drive in Davie, Florida. As the money tracked south on University Drive, aviation observed a White Nissan Maxima make an abrupt lane change., This abrupt lane change was consistent with the live tracking of the tracking device taken during the robbery. BSO detectives arrived in the area and observed the White Nissan pull into a gas station. The driver exited the White Nissan Maxima and filled the car with gas while nervously looking back and forth and pacing the area. The driver re-entered the vehicle and drove eastbound through a parking lot making erratic turns as BSO officers followed. The erratic turns of the White Nissan Maxima matched the movement pattern of the tracking device with the money EVERETT took during the robbery.

8. EVERETT then entered the parking lot of the Twin Peaks restaurant in Davie, Florida. BSO officers surrounded EVERETT's vehicle and intentionally struck the vehicle from the front and back to immobilize it in place. EVERETT was taken into custody and, after providing a false first name, was later identified as EVERETT by a Department of Highway Safety and Motor Vehicles check.

9. When law enforcement took EVERETT into custody they observed, in plain view, what appeared to be the blue surgical mask and the cardboard box used during the robbery inside his vehicle.

10. Law enforcement conducted a search of the vehicle and recovered a cardboard box on the front passenger floorboard, a light-colored long sleeve shirt underneath the box, and a blue

surgical mask on the driver seat. These items all match the items captured on the video surveillance of the robbery.

11. Law enforcement also recovered U.S. currency from the vehicle. Some was recovered on the passenger floorboard and other money, including the bait bills and the tracking device, were found inside the glove compartment of EVERETT's vehicle. The tracking numbers on the bait bills matched those given to EVERETT by the Victim during the robbery.

12. EVERETT was transported to the Davie Police Department. I responded to the Davie Police Department and observed EVERETT wearing the same blue jeans the robber was seen wearing on T.D. Bank's video surveillance of the robbery. EVERETT was also wearing black long socks at the police department. These black long socks also matched what EVERETT was seen wearing in T.D. Bank's video surveillance of the robbery.

## CONCLUSION

13. Based upon the foregoing, I submit that there is probable cause for the proposed complaint charging EVERETT with bank robbery in violation of Title 18, United States Code, Section 2113(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Jordan Petitta, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by  Face Time  on  19th  day of October 2022.

_____
THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-03777-AOR

## BOND RECOMMENDATION

DEFENDANT: KELLEY EVERETT

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _/s/ Abbie Waxman_
AUSA: Abbie D. Waxman

Last Known Address: 6761 Park Boulevard North

Apartment 433

Pinellas Park, Florida 33781

What Facility: FDC

Agent(s): Jordan Petitta, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)